IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHAN PALOZIE, Inmate #11882-014, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 04-532-GPM |
| ) | |
| RANDY J. DAVIS, et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Currently pending before the Court is Plaintiff's motion for a particular diet (Doc. 37). The Court dismissed this action on the merits on August 25, 2005. On appeal, the Seventh Circuit Court of Appeals dismissed the appeal on November 18, 2005. Because judgment has been entered, Plaintiff cannot continue to file documents or motions in this action. Accordingly, the instant motion (Doc. 37) is **DENIED**. Plaintiff is advised that he must file a new case, subject to the provisions of 28 U.S.C. § 1915, if he wishes for new claims to be heard.

**IT IS SO ORDERED.**

DATED: 07/18/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge